Signed as modified by the Court. See paragraph no. 3.

**This order is SIGNED.**

 

**Dated: October 4, 2018**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

Order prepared by:
Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re: | Case No. 18-25533 |
|---|---|
| LINDSAY LEE WRIGHT-GEURTS | Chapter 13 |
| Debtor. | Judge R. Kimball Mosier |

**ORDER OF DISMISSAL PURSUANT TO TRUSTEE'S AMENDED MOTION TO DISMISS WITH PREJUDICE UNDER U.S.C. § § 1307(c) AND 362(d)(4)**

The Trustee's Amended Motion to Dismiss with Prejudice Under U.S.C. § § 1307(c) and 362(d)(4) came on regularly for hearing on October 3, 2018.  The Court has reviewed the pleadings on file.  There being no timely response to the Trustee's Motion, with proper notice, and for other good cause appearing:

**HEREBY ORDERS, DECREES, AND ADJUDGES THAT:**

1. The Trustee's Motion to Dismiss is granted. The Debtor's case is dismissed with prejudice.

2. The Debtor is prohibited from refiling for bankruptcy relief for 180 days from the date of dismissal.

3. Relief is granted pursuant to 11 U.S.C. § 362(d)(4) against the real property located at 7625 South 2230 West, West Jordan Utah (Real Property) and after recording of this order, in compliance with applicable state law governing notices of interests or liens in real property, such relief shall be binding against the Real Property in any other bankruptcy case purporting to affect the Real Property for the period of two years from the date of entry of this order.

4. The Trustee is directed to disburse all remaining funds in this case as of the entry date of this order according to the terms of the Confirmation Order.

END OF DOCUMENT

DESIGNATION OF PARTIES TO BE SERVED

**By Electronic Services:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system

LON A. JENKINS – ECF NOTIFICATION

TYLER S. WIRICK – ECF NOTIFICATION

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

        LINDSAY LEE WRIGHT-GEURTS
        7625 SOUTH 2230 WEST
        WEST JORDAN, UT 84084